**Dismissed and Memorandum Opinion filed January 14, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00830-CV

---

### LINDA G. WEBER AND/OR ALL OCCUPANTS, Appellant

### V.

### AMERICAN HOMES 4 RENT PROPERTIES TWO, LLC A DELAWARE LIMITED LIABILITY COMPANY, Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1034200**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 5, 2013. The notice of appeal was filed September 3, 2013. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207. On September 18, 2013, the trial court sustained a contest to appellants' affidavit of indigence.

On November 7, 2013, this court ordered appellant to pay the appellate filing fee on or before November 22, 2013, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Brown.